## Adelaide Ebel, Appellant, v. Alexander Gasoloff, Also Known as Alex Gasoloff, and Dr. Patrick A. Sullivan, Appellees.

Gen. No. 41,353.

opinion filed December 23, 1940. Clyde C. Fisher, for appellant; Lord, Bissell & Kadyk and T. Jay Sullivan, for appellee Dr. Patrick A. Sullivan; Edward L. Hilton and T. Jay Sullivan, of counsel. Opinion by Justice Matchett. "Not to be published in full."